**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **KELVIN MANN,** | | **:** | |
| | **Petitioner,** | **:** | |
| | | **:** | **CIVIL ACTION** |
| | **v.** | **:** | **No. 16-724** |
| | | **:** | |
| **THERESA DELBALSO, et al.,** | | **:** | |
| | **Respondents.** | **:** | |

## ORDER

This 21st day of August, 2017, upon careful and independent consideration of

Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after

review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarki,

it is hereby **ORDERED** that:

1. The Report and Recommendation is ADOPTED,

2. The Petition for Writ of Habeas Corpus will be STAYED and held in ABEYANCE while

   Petitioner litigates his PCRA petition in state court.

3. Petitioner shall notify the District Court within thirty days of the conclusion of the state

   court proceedings. At that time, Petitioner shall provide a written status report detailing

   the conclusion of his state court exhaustion efforts, and include a copy of the relevant

   state court disposition. Petitioner shall inform the District Court whether the state court

   proceedings impacted his habeas petition in any way.


      /s/ Gerald Austin McHugh
United States District Judge