# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELVIN MANN,** : | |
| : | **CIVIL ACTION** |
| Petitioner, : | No. 16-724 |
| : | |
| v. : | |
| : | |
| **THERESA DELBALSO, et al.,** : | |
| : | |
| Respondents. : | |

## ORDER

This 21st day of July, 2020, upon consideration of Petitioner's petition for Writ of Habeas Corpus (ECF 1), the Magistrate Judge's Report and Recommendation recommending the denial of Petitioner's petition (ECF 24), and Petitioner's objections to the Report and Recommendation, it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED** for the reasons stated therein.  Therefore, Petitioner's petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.  There is no probable cause to issue a certificate of appealability and the Clerk of the Court shall mark this case closed for statistical purposes.

Chambers shall serve this Order by First Class mail upon Plaintiff, Kelvin Mann, #LC-8502, at SCI-Mahoney, 301 Morea Road, Frackville, PA  17932, posted this same date.

/s/ Gerald Austin McHugh
United States District Judge