IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELVIN MANN,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.  16-CV-724 |
| | : | |
| **THERESA DELBALSO**, *et al.,* | : | |
| Respondents. | : | |

## ORDER

This 24th day of August, 2021, after consideration of Petitioner Kelvin Mann's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 38), it is hereby **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Mann's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition.  *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Gerald Austin McHugh

**GERALD A. MCHUGH, J.**