# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELVIN MANN** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-724 |
| | : | |
| **THERESA DELBALSO**, *et al.* | : | |

## ORDER

This 23rd day of August, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion for Relief Under Rule 60(b), ECF 42, is **DENIED**. No certificate of appealability shall issue.

/s/ Gerald Austin McHugh
United States District Judge